UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:11CR00064-BAJ

CARLA M. CLARK

PRELIMINARY ORDER FORFEITURE

**WHEREAS**, the United States of America ("the Government") gave notice to the defendant Carla Clark ("the defendant") in the Indictment (Docket Entry # 1) that pursuant to Title 18, U.S.C. § 982(a)(7), it was seeking the forfeiture of all property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense, including but not limited to a sum of money equal to $1,173,370.00; and

**WHEREAS**, the defendant has plead guilty to Count One of the Indictment, and agreed in her Plea Agreement (Docket Entry # 52) that the gross proceeds traceable to the commission of her health care offense are forfeitable, and that the amount of the personal money judgment would be determined by the Court; and

**WHEREAS**, the United States has filed a Motion for Entry of an Order of Forfeiture which would consist of a personal money judgment against the defendant; and

**WHEREAS**, based on the defendant's Plea Agreement (Docket Entry # 52), her guilty plea, and the Factual Summary Stipulation (Docket Entry # 53), page 2, the Court now determines that the Medicare payments that the defendant received as a result of the false claims filed in this case are forfeitable to the United States pursuant to 18 U.S.C. § 982(a)(7);

**IT IS HEREBY ORDERED** that a forfeiture money judgment against the defendant, Carla M. Clark, in favor of the United States, is entered in the amount of THREE HUNDRED FORTY NINE THOUSAND, SEVEN HUNDRED FIFTEEN DOLLARS AND 19/100 ($349,715.19), representing the gross proceeds traceable to the commission of her health care offense.

**IT IS FURTHER ORDERED** that in accordance with the provisions of Rule 32.2, the Government is permitted to undertake whatever discovery necessary to identify, locate, or dispose of the property subject to forfeiture or substitute assets for such property.

This Order shall become final as to the defendant at the time of sentencing, be made part of her sentence, and be included in her criminal judgment. The Court retains jurisdiction to enforce this Order.

SIGNED this  4th  day of  June  2013.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE